IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 22-20721 |
| | ) |
| Mark A. Nelson, | ) Chapter 7 |
| | ) |
|       Debtor, | ) Document No. 6 |
| | ) |
| Mark A. Nelson, | ) |
| | ) |
|       Movant, | ) |
| vs. | ) |
| | ) |
| Wells Fargo Bank, N.A.; American Infosource, LP; Mark D. Daffner, Esquire; Midland Funding; Penn Hills S.D. and Municipality; Rosenthal, Morgan and Thomas, Inc.; Midland Credit; Ascension Capital Group; Capital One Auto Finance; Credit Collection Services; Duquesne Light Company; Peoples; Sprint; Midland Credit Management; Portfolio Recovery Associates, LLC; UPMC Health Services; UPMC Physician Services; UPMC Presbyterian Shadyside; UPMC St. Margaret; Oakmont Water Authority; Atlas Acquisitions; and Ronda J. Winnecour, Trustee, | ) Hearing Date: 05/19/22 10:00 a.m. ) Response Date: 05/09/22 |
| | ) |
|       Respondents. | ) |

## ENTERED BY DEFAULT

### ORDER OF COURT

**AND NOW,** this ___10th___ day of ___May___, 2022, on Motion of the Debtor, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Automatic Stay is extended in this case as to all creditors, pending any further Order of Court.

By the Court,

_/s/ Carlota M. Böhm_ dmk

**Carlota M. Böhm**
**United States Bankruptcy Judge**

FILED
5/10/22 8:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA