# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Mark A. Nelson                                      CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 22-20721 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Assocation, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 and index same on the master mailing list.

    Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
29 Aug 2022, 08:49:22, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226)  ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com