UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark A. Nelson<br>　　　　　　　　Debtor(s) | |
| Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Assocation, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2,<br>its successors and/or assigns<br>　　　　　　　　Movant<br>　　　　v.<br>Mark A. Nelson<br>　　　　　　　　Respondent(s)<br>　　　　and<br>Rosemary C. Crawford, Trustee<br>　　　　　　　　Additional Respondent | BK. NO. 22-20721 CMB<br><br>CHAPTER 7<br>Related to Docket # 27<br><br><br><br><br>**ENTERED BY DEFAULT** |

ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 17th day of October, 2022, at Pittsburgh, upon Motion of Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Assocation, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 241 Shenandoah Drive, Pittsburgh, PA 15235 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*Carlota M. Böhm* dmk
United States Bankruptcy Judge

FILED
10/17/22 11:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 22-20721-CMB
Mark A. Nelson | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Oct 17, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2022:**

**Recip ID**      **Recipient Name and Address**
db      + Mark A. Nelson, 241 Shenandoah Drive, Pittsburgh, PA 15235-2053

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor Wells Fargo Bank  National Association, successor by merger to Wells Fargo Bank, Minnesota, National Assocation, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 bnicholas@kmllawgroup.com

Francis E. Corbett
     on behalf of Debtor Mark A. Nelson fcorbett@fcorbettlaw.com  fcorbett7@gmail.com

Jeffrey Hunt
     on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jennifer L. Cerce
     on behalf of Creditor Penn Hills Municipality jlc@mbm-law.net

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 17, 2022 | Form ID: pdf900 | Total Noticed: 1 |

ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford

crawfordmcdonald@aol.com  PA68@ecfcbis.com

TOTAL: 7